IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:03-CR-49-1H
NO. 4:06-CV-63-H

DAVID PATRICK WORRELL, )
)
    Petitioner, )
)
)
v. ) ORDER
)
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

Petitioner once again moves this court for relief from judgment. The court has reviewed this matter once again and finds no reason to alter or amend its prior judgments. Therefore, petitioner's motion [DE #109], filed May 5, 2010, is hereby DENIED.

This 29th day of June 2010.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26