IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:03-CR-49-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| DAVID PATRICK WORRELL ) | |

Before the court is defendant's motion to correct clerical error in reporting petitioner's predicate offenses [DE #91], defendant's motion to reopen the judgment due to a change in the law [DE #125], and defendant's "Reply to Probation Officer's Response" [DE #126].

The court has reviewed these matters and finds them to be without merit. Therefore, all the pending motions are denied.

This 11th day of April 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26